```
              IN THE UNITED STATES DISTRICT COURT
                  MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION


SOU CHIEM SAEPHARN,                *

        Petitioner,                *

vs.                                *
                                        CASE NO. 4:06-CR-41 (CDL)
UNITED STATES OF AMERICA,          *

        Respondent.                *
```

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on August 31, 2009, is hereby approved, adopted, and made the Order of the Court.

In his objections to the Magistrate Judge's recommendation, Petitioner raises for the first time a claim that his counsel was ineffective as to Petitioner's guilty plea to possession of a firearm during a drug trafficking crime.  Although Petitioner previously raised in Ground Three of his petition that insufficient evidence existed to support a guilty plea to this charge, he did not raise the ineffectiveness of counsel argument as to this count until he filed his objections to the Magistrate Judge's recommendation.  Accordingly, the Court may decline to consider those arguments that are raised for the first time in response to the Magistrate Judge's recommendation.  *See Williams v. McNeill,* 557 F.3d 1287, 1292 (11th Cir. 2009).  Nevertheless, the Court does note that the issue was covered at the hearing before the Magistrate Judge, and that record clearly demonstrates that Petitioner did not carry his burden of

establishing ineffective assistance of counsel as to the guilty plea to the firearm charge.  The record demonstrates that Petitioner's former attorney discussed with him the consequences of not pleading guilty to the charge, and counsel explained the basis for Petitioner's plea of guilty to the charge.  The Court cannot find that counsel was ineffective or that any alleged ineffectiveness resulted in the guilty plea, which the Court finds was clearly a knowing and voluntary plea.  Therefore, Petitioner's objection, even if considered, is found to be without merit.

    IT IS SO ORDERED, this 22nd day of September, 2009.

                                          S/Clay D. Land
                                              CLAY D. LAND
                                    UNITED STATES DISTRICT JUDGE