✎ GAM 35  
(Rev. 2/06)

**Report and Order Terminating Supervised Release  
Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No. 4:06-CR-41-001 (CDL) |
| | 4:07-CR-32-001 (CDL) |
| **SOU CHIEM SAEPHARN** | |

Sou Chiem Saepharn was sentenced in the Middle District of Georgia by the Honorable Clay D. Land, Chief U.S. District Judge, on December 6, 2007, and was sentenced to 168 months imprisonment, followed by a 3 year term of supervised release for the offenses of Possession of MDMA with the Intent to Distribute (2 counts) and Unlawful Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

Sou Chiem Saepharn has met the requirements for Early Termination and has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the Monograph 109 as approved by the Administrative Office of the United States Courts, and is no longer in need of supervision.

Respectfully submitted,

James C. Ham  
Supervising U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 19th day of August, 2019.

s/Clay D. Land  
CLAY D. LAND  
CHIEF U.S. DISTRICT JUDGE